# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:10-mi-00193-RWS -SSC**
**Miller v. Facebook, Inc. et al**
**Honorable Susan S. Cole**

Minute Sheet for proceedings held In Chambers on 11/23/2010.

TIME COURT COMMENCED: 3:05 P.M.
TIME COURT CONCLUDED: 3:10 P.M.     DEPUTY CLERK: Christina Klimenko
TIME IN COURT: 00:05

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Douglas Bridges representing Daniel M. Miller<br>** Brian Hancock for Douglas Bridges<br>** Neel Chatterjee and Julio Avalos for Facebook, Inc. |
| PROCEEDING CATEGORY: | Telephone Conference(Non-final Pretrial Conference); |
| MINUTE TEXT: | Written order to follow |